### ANNE FRANK *v.* DEPARTMENT OF PARKS AND RECREATION OF THE TOWN OF GREENWICH*

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 601 (AC 22888), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded that the plaintiff was excused from exhausting the grievance procedures under her collective bargaining agreement?"

The Supreme Court docket number is SC 17061.

*Aamina Ahmad*, assistant town attorney, in support of the petition.

*Leon M. Rosenblatt* and *Lynn M. Mahoney*, in opposition.

Decided September 25, 2003